**Susie V. WATWOOD, Appellant, v. J. Howard McGRATH, Attorney General of the United States, et al., Appellees.**

**No. 10719.**

United States Court of Appeals District of Columbia Circuit.

Argued Oct. 23, 1951.

Decided Nov. 15, 1951.

Donald H. Dalton, Washington, D. C., for appellant.

Joseph M. Howard, Asst. U. S. Atty., Washington, D. C., with whom George Morris Fay, U. S. Atty., at the time the brief was filed, and L. Clark Ewing, Asst. U. S. Atty., Washington, D. C., were on the brief for appellees. Charles M. Irelan, appointed U. S. Atty. subsequent to the argument in this case, and Joseph F. Goetten, Asst. U. S. Atty., Washington, D. C., also entered appearances for appellees.

Before EDGERTON, WILBUR K. MILLER, and PRETTYMAN, Circuit Judges.

PER CURIAM.

We find no error in the record. The judgment of the District Court is therefore

Affirmed.

**AIR TRANSPORT ASSOCIATES, Inc., petitioner, v. CIVIL AERONAUTICS BOARD, respondent.**

**No. 10914.**

United States Court of Appeals District of Columbia Circuit.

Decided Nov. 23, 1951.

Warren E. Miller, Washington, D. C., for petitioner.

James L. Highsaw, Jr., Washington, D. C., of the Bar of the Court of Appeals of Tennessee, *pro hac vice,* by special leave of Court, Attorney, Civil Aeronautics Board, with whom Asst. Atty. Gen. H. G. Morison, Emory T. Nunneley, Jr., General Counsel, Civil Aeronautics Board, John H. Wanner, Associate General Counsel, Civil Aeronautics Board, and Warren L. Sharfman, Attorney, Civil Aeronautics Board, all of Washington, D. C., were on the brief, for respondent.

Charles H. Weston, Chief, Appellate Section of the Antitrust Division, Joe F. Nowlin, Attorney, Department of Justice, and O. D. Ozment, Attorney, Civil Aeronautics Board, all of Washington, D. C. also entered appearances for respondent.

Before EDGERTON, CLARK, and PROCTOR, Circuit Judges.

PER CURIAM.

We find no error in the record. The orders of the Civil Aeronautics Board are therefore

Affirmed.